## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

**BRANDON TURNER #31572-034,**
**Plaintiff**

**CIVIL DOCKET NO. 1:20-CV-01507**
**SEC P**

**VERSUS**

**JUDGE DAVID C. JOSEPH**

**CHRIS MCCONNELL,**
**Defendants**

**MAGISTRATE JUDGE JOSEPH H.L.**
**PEREZ-MONTES**

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 17], noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Petition [ECF No. 1] is DENIED and DISMISSED WITH PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 7th day of December 2021.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE